UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                              Case No: 1:14-cr-139

v.                                        HON. JANET T. NEFF

JAWAD KHALIL-AHMAD KARAEIN,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed December 22, 2014 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.  The Report and Recommendation of the Magistrate Judge (Dkt 120) is APPROVED and ADOPTED as the opinion of the Court.

2.  Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count Three of the Superseding Indictment.

3.  The written plea agreement is hereby continued under advisement pending sentencing.


Dated:  January 12, 2015                              /s/Janet T. Neff
                                                             JANET T. NEFF
                                                             United States District Judge